IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, AS BROADCAST LICENSEE OF THE DECEMBER 19, 2020 SAUL ALVAREZ V. CALLUM SMITH CHAMPIONSHIP FIGHT PROGRAM;<br>*Plaintiff*<br><br>-vs-<br><br>TKO RAM LLC, RUSBEL E. RAMIREZ,<br>*Defendants* | § § § § § § § § § § § § | SA-23-CV-01533-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff G&G Closed Circuit Events, LLC shall recover $5,400.00 in damages and $1,798.00 in attorney's fees from Defendants TKO RAM, LLC and Rusbel E. Ramirez who are **JOINTLY AND SEVERALLY LIABLE** for the full amount of the awarded damages and fees.

Post-judgment interest shall accrue at the rate of 4.33 percent on the amounts awarded from the date of final judgment until paid.

Plaintiff is awarded costs and shall file a bill of costs in accordance with the local rules.

It is so **ORDERED**.

**SIGNED** this 20th day of August, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE